UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**KIMBERLY MICHELLE BRITT,**

    **Plaintiff,**

v.                              No. 2:23-cv-02431-SHM-tmp

**DARIUS NEWBERN, AEROTEK, INC.,
and AEROTEK AFFILIATED
SERVICES, INC.,**

    **Defendants.**

# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice in accordance with the Order docketed August 22, 2024.

# APPROVED:

*Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE


| *August 22, 2024* | WENDY OLIVER |
|---|---|
| DATE | CLERK |
|  | */s/ Jairo Mendez* |
|  | (By) DEPUTY CLERK |